Carrie A. Eldred, Respondent, v. Maria Keenan, Defendant, and James Keenan, Appellant.— Order of the County Court of Queens county

---

* General Rules of Practice, rule 11.— [REP,

reversed, with ten dollars costs and disbursements, and the motion on the pleadings for judgment for the dismissal of the complaint, with costs, granted, with ten dollars costs of the motion, on the authority of *Eldred* v. *Keenan* (*ante*, p. 63), decided herewith. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred.